ORIGINAL

FILED
08 JAN 16 AM 11:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  KAREN P. HEWITT
   United States Attorney
2  ANDREW G. SCHOPLER
   Assistant U.S. Attorney
3  California State Bar No. 236585
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
   Email: Andrew.Schopler@usdoj.gov

Attorneys for Plaintiff
United States of America

~~ORDERED SEALED BY COURT~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0130

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | Magistrate No. _____ |
| ) | |
| Premises Known As: ) | **MOTION AND ORDER TO FILE SEARCH** |
| 7163 Central Avenue ) | **WARRANT, APPLICATION AND** |
| Lemon Grove, California 91945 ) | **AFFIDAVIT FOR SEARCH WARRANT** |
| ) | **UNDER SEAL AND ORDER THEREON** |

    The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for an Order sealing the search warrant and accompanying application and affidavit for search warrant in the above-captioned matter until further notice, except for a copy which shall be left at the premises where the property is located.

    DATED: January 15, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Andrew G. Schopler
ANDREW G. SCHOPLER
Assistant U.S. Attorney

ORIGINAL unsealed 4/17/08 KNH

**ORDERED SEALED BY COURT**

FILED
08 JAN 16 AM 11:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

08 MJ 0130

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | Magistrate No. _____ |
| ) | |
| Premises Known As: ) | **ORDER SEALING SEARCH WARRANT,** |
| 7163 Central Avenue ) | **APPLICATION AND AFFIDAVIT FOR** |
| Lemon Grove, California 91945 ) | **SEARCH WARRANT** |
| _____) | |

Upon application of the UNITED STATES, and good cause appearing,

IT IS ORDERED that the search warrant and accompanying application and affidavit for search warrant, and this order be sealed until further order of the Court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the place to be searched.

IT IS SO ORDERED.

DATED: 1-15-08

HONORABLE NITA L. STORMES
United States Magistrate Judge