ORIGINAL

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FILED
08 JAN 23 PM 4:12

**ORDERED SEALED BY COURT**

UNSEALED AS OF 1/17/08

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

**Premises Known As:**
7163 Central Avenue
Lemon Grove, California 91945

**SEARCH WARRANT**

CASE NUMBER: 08 MJ 0130

TO: Federal Bureau of Investigation _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ____ Special Agent Robert A. Harris ____ who has reason to
                                                              Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the ____ Southern District of California ____ there is now concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __1-25-08__
                                                                                Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ____ Nita L. Stormes ____
as required by law.                                                    U.S. Judge or Magistrate

__1-15-08 @ 3:55 pm__ at San Diego, California
Date and Time Issued            City and State

Nita L. Stormes, Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

**Premises Known As:**
7163 Central Avenue
Lemon Grove, California 91945

**SEARCH WARRANT**

CASE NUMBER:

TO: <u>Federal Bureau of Investigation</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Robert A. Harris</u> who has reason to
<span style="padding-left:4em">Affiant</span>

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____ Southern District of California _____ there is now concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before <u>1-25-08</u>
<span style="padding-left:20em">Date</span>
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to <u>Nita L. Stormes</u>
<span style="padding-left:20em">U.S. Judge or Magistrate</span>
as required by law.

<u>1-15-08 @ 3:55 pm</u> at <u>San Diego, California</u>
Date and Time Issued                                              City and State

Nita L. Stormes, Magistrate Judge                          [signature]
Name and Title of Judicial Officer                         Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| Jan 15, 2008 | Jan 16, 2008 6:00AM | on premises |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See FD-597

# CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____   1-23-08
U.S. Judge or Magistrate              Date

AO 93 (Rev. 2/90) Search Warrant

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 01-16-2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) GLORIA JACKSON
(Street Address) 7163 CENTRAL AVE.
(City) LEMON GROVE, CA 91945

Description of Item(s):
1: Wallet, cellphone, resume, ID card, food stamps
2: HP Fax, Harddrive,
3: Drug paraphenalia
4: Assorted paperwork & cell phones
5: White powder and rocks made of white powder
6: $188 USD
7: Dayplanner & wallet
8: Assorted electronics
9: Gateway laptop
10: VHS tapes
11: Telephone numbers written on paper

NO FURTHER ENTRIES

Received By: NO ONE PRESENT
(Signature)

Received From: _____ (Signature)

## ATTACHMENT A

## THE PREMISES TO BE SEARCHED

(RESIDENCE OF Gloria JACKSON)

The residence at **7163 Central Avenue, Lemon Grove, California 91945** is further described as follows:

This residence is a tan, one-story, free-standing house that has white window trim and green roof trim. The shingles on the roof are gray-green. The white front door is behind a black metal security screen door. Black numbers "7163" are to the left of the front door and placed on a left-to-right downward angle at approximately eye level. 7163 is located on Central Avenue just to the west of the intersection of Central Avenue and Massachusetts Avenue. 7163 sits on the southern side Central Avenue directly off the road. The front yard of 7163 is surrounded by an approximately three-foot off-white picket fence. On the west side of the front yard of 7163 Central Avenue is a small white shed with a gray-green shingle roof.

## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

### (RESIDENCE OF Gloria JACKSON)

1. Paraphernalia for packaging, weighing, cutting, testing, distributing, growing, and identifying controlled substance(s) including baggies, plastic wrapping, scales and other weighing devices.

2. Documents and computer or electronic devices (and their contents) containing data reflecting or memorializing the ordering, possession, purchase, storage, distribution, transportation and sale of controlled substance(s), including buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, computer databases, spreadsheets, rolodexes, telephone bills, telephone answering pads, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records and keys.

3. Money and assets derived from or to be used in the purchase of controlled substance(s) and records thereof, including U.S. currency, artwork, precious metals and stones, jewelry, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers check receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers.

4. Weapons, firearms, firearms accessories, and ammunition and documents relating to the purchase and/or possession of such items.

5. Equipment used to detect police activities and surveillance, including radio scanners and tape and wire transmitter detectors.

6. Photographs and electronic images, such as video recordings and tape recordings (and their contents) which document the association with other co-conspirators and/or which depict narcotics, firearms, cash, real property, vehicles or jewelry.

7. Documents and articles of personal property reflecting the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility and telephone bills and receipts, photographs, answering machine tape recordings, telephone beeper or paging devices, rolodexes, telephone answering pads, storage records, vehicle and/or vessel records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, canceled checks, and other records of income and expenditure, credit card and bank records, travel documents, personal identification documents, and documents relating to obtaining false identification, including birth certificates, drivers license, immigration cards and other forms of identification in which the same person would use other names and identities other than his or her own.

8. Telephone paging devices, beepers (and their contents), cellular/mobile phones (and their contents), and other communication devices which evidence participation in a conspiracy to possess, manufacture, or distribute controlled substances.

9. Incoming telephone calls while at the premises for execution of this search warrant, including answering the telephone and conversing with callers who appear to be calling in regard to drug sales without revealing the officer's identity. Telephone answering machines or devices, including listening to any recordings on the premises.